**07CRIM. 703**

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | JAMES MOLINELLI<br>Miscellaneous Clerk | OFFENSE: <u>COUNT1: FELONY IN POSSESSION OF A FIREARM, 18 USC 922(g)(1) AND(a)(2)</u> |
| | | ORIGINAL SENTENCE: <u>FORTY(40) MONTHS IMPRISONMENT TO BE FOLLOWED BY THREE(3) YEARS SUPERVISED RELEASE.</u> |
| FROM: | BRETT J. HALEM<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>SUBSTANCE ABUSE TESTING AND TREATMENT</u> |
| | | AUSA: CARLOS MARENO |
| RE: | SOTO, ALFREDO<br>Docket # <u>05 CR 156-001</u> | |

DATE OF SENTENCE: <u>SEPTEMBER 1, 2005</u>

DATE: July 24, 2007

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
               VIOLATION   PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION  X

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED]*

---

### TRANSFER OF JURISDICTION

Reference is made to the above-mentioned offender who, on September 1, 2005, was sentenced by the Honorable Lawrence E. Kahn, U.S. District Judge, Northern District of New York as indicated above.

On September 1, 2005, the offender began his supervised release term in this district due to his residency in the Southern District of New York.

The purpose of this correspondence is to request that jurisdiction be transferred to the Southern District of New York. ON May 16, 2007, the Honorable Lawrence E. Kahn, USDJ, ND/NY, agreed to transfer jurisdiction and executed Probation From 22(attached with original judgement)

SOTO, ALFREDO                                                          P-46397

In light of the aforementioned circumstances , we are requesting that jurisdiction be transferred to this district.

                                                                     Respectfully submitted,

                                                                     Brett J. Halem
                                                                     U.S. Probation Officer
                                                                     (212) 805-5121

Approved By: _____  7/24/07
                Paul Wodeshick        Date
                Supervising U.S. Probation Officer