

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2008
```

Offender: Soto, Alfred                               Docket Number: 07 CR 703

Sentencing Judge: Honorable Denny Chin, U.S. District Judge

Date of Original Sentence:    September 1, 2005

Original Offense:   FELON IN POSSESSION OF A FIREARM; 18 USC 922(g)(1) and (a)(2).

Original Sentence:  FORTY(4) MONTHS IMPRISONMENT TO BE FOLLOWED BY THREE(3) YEARS SUPERVISED RELEASE

Type of Supervision:   Supervised Release      Date Supervision Commenced:   March 23, 2007

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition(s) of supervision:

Nature of Noncompliance

1   ON OR ABOUT SEPTEMBER 19, 2007, IN NEW YORK COUNTY THE RELEASEE COMMITTED A STATE CRIME, CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 7TH DEGREE IN VIOLATION OF NEW YORK STATE PENAL LAW 220.03 A CLASS A MISDEMEANOR, IN THAT THE RELEASEE WAS FOUND TO BE IN POSSESSION OF SEVEN(7) ZIPLOC BAGS OF CRACK /COCAINE IN HIS JACKET POCKET.   MANDATED CONDITION, GRADE C VIOLATION.

2   ON OR ABOUT JANUARY 21, 2008, IN NEW YORK COUNTY THE RELEASEE COMMITTED A STATE CRIME, CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 4TH DEGREE IN VIOLATION OF NEW YORK STATE PENAL LAW A CLASS C FELONY, IN THAT THE RELEASEE WAS FOUND TO HAVE IN HIS POSSESSION TWENTY-FOUR(24) BAGS OF CRACK/COCAINE IN THE SLEEVE OF HIS JACKET. MANDATED CONDITION, GRADE A VIOLATION.

3.   ON OR ABOUT NOVEMBER 26, 2007, AND DECEMBER 20, 2007, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT MARIJUANA. CONDITION #7, GRADE C VIOLATION

(Rev. eVOP 12/06/07)

U.S. Probation Officer Recommendation:

The term of supervision should be:

X     Revoked

     Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

                               Respectfully submitted,

                               Chris J. Stanton
                               Chief U.S. Probation Officer

                               Brett J. Halem
                               U.S. Probation Officer
                               (212) 805-5121

Approved By: _____ 3/10/08
Paul Wodeshick     Date
Supervising U.S. Probation Officer

(Rev. eVOP 12/06/07)

Soto, Alfred
07 CR 703



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ]   The Issuance of a Summons
        The Offender is directed to appear as follows:

        Date: _____
        Time: _____
        Place: _____

[✓]   The Issuance of a Warrant
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Other

_____
Signature of Judicial Officer

3/11/08
Date

(Rev. eVOP 12/06/07)