AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Alfred Soto | Case Number: 1: 07 CR 00703-001(DC) |
| | USM Number: 12498-052 |
| | Philip L. Weinstein, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to specification(s) __2__ of the term of supervision.

[ ] was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | On Or About Jan. 21, 2008, In New York County The Releasee Committed A State Crime, Criminal Possession Of A Controlled Substance 4th Degree, In That The Releasee Was Found To Have In His Possession Twenty-Four (24) Bags Of Crack/Cocaine In The Sleeve Of His Jacket. | 01/21/2008 |

The defendant is sentenced as provided in pages 2 __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] The defendant has not violated __specifications 1 and 3__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 06/09/1978

Defendant's Residence Address:
65 West 96th St.

New York, N.Y.

Defendant's Mailing Address:
same

08/27/2008
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Denny Chin, U.S.D.J.
Name and Title of Judge

8/27/08
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: Alfred Soto
CASE NUMBER: 1: 07 CR 00703-001(DC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   Time Served
The term of supervised release is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL